## COLE *v.* STATE OF INDIANA.

[No. O-208.   Filed October 31, 1951.]

*Thomas W. Cole, pro se.*

PER CURIAM.—The relator, appearing pro se, files a verified petition for writ of mandate to compel certain action by the LaPorte Superior Court. The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with the requirements of Rule 2-35 of this court.

The issuance of the writ is denied.

NOTE.—Reported in 101 N. E. 2d 334.